# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

AG RESOURCE MANAGEMENT, LLC                                                    PLAINTIFF

v.                              No. 3:16CV00276 JLH

SOUTHERN BANK                                                                  DEFENDANT

v.

B.C. FARMS, LLC; and BODDY G. CLAUSE                        THIRD-PARTY DEFENDANTS

## ORDER

Southern Bank filed a third-party complaint against B.C. Farms, LLC, and Boddy G. Clause. The Clerk of Court listed the first name of Mr. Clause on the docket as *Bobby* rather than *Boddy*. The Court directs the Clerk to correct the docket to reflect that Mr. Clause's first name is Boddy.

IT IS SO ORDERED this 26th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE