IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AG RESOURCE MANAGEMENT, L.L.C.                         PLAINTIFF

v.                        3:16-CV-00276 JLH/PSH

SOUTHERN BANK                                            DEFENDANT

SOUTHERN BANK                              THIRD PARTY PLAINTIFF

v.

B.C. FARMS LLC and
BODDY G. CLAUSE                         THIRD PARTY DEFENDANTS

## JUDGMENT

Consistent with the Opinion and Order entered on June 26, 2017 (Doc. # 52), it is considered ORDERED and ADJUDGED that Plaintiff's Motion for Partial Summary Judgment (Doc. # 32) is GRANTED. Judgment is entered in favor of Plaintiff AG Resource Management, L.L.C., against Southern Bank for the sum of $119,397.32, plus prejudgment interest of $11,633.36, together with post-judgment interest at the rate of 1.22% per annum until paid, along with Plaintiff's costs of $400 for the filing fee and $50 for the service fee, for all or which execution may issue.

It is further ORDERED and ADJUDGED that Defendant's Cross-Motion for Summary Judgment (Doc. # 38) is GRANTED IN PART and DENIED IN PART. Count II of the complaint is dismissed because the claim for common law conversion has been displaced by the Uniform Commercial Code. The remainder of the Cross-Motion for Summary Judgment is DENIED.

IT IS SO ADJUDGED This 7th day of July, 2017

_J. Leon Holmes_
UNITED STATED DISTRICT JUDGE

**Approved as to Form Only**:

/s/ Harry S. Hurst, Jr.
Harry S. Hurst, Jr. (88116)
Parker Hurst & Burnett PLC
3000 Browns Lane
PO Box 1733
Jonesboro, AR 72403
Tel: 870-268-7602
Fax: 870-268-7607
hhurst@phbfirm.com
Counsel for Plaintiff


/s/ Jason C. Smith
Jason C. Smith AR #2006103
SPENCER FANE LLP
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Tel: 417-888-1000
Fax: 417-881-8035
jcsmith@spencerfane.com
Attorneys for Defendant