IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AG RESOURCE MANAGEMENT, LLC                                           PLAINTIFF

v.                                    No. 3:16CV00276 JLH

SOUTHERN BANK                                                          DEFENDANT

v.

B.C. FARMS, LLC; and BODDY G. CLAUSE            THIRD-PARTY DEFENDANTS

## ORDER

The motion for default judgment filed by Southern Bank is GRANTED. Document #56. A judgment will be entered separately. The Court directs the Clerk to terminate this action upon entry of the judgment.

IT IS SO ORDERED this 24th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE