IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AG RESOURCE MANAGEMENT, LLC                                    PLAINTIFF

v.                           No. 3:16CV000276 JLH

SOUTHERN BANK                                                  DEFENDANT

v.

B.C. FARMS, LLC; and BODDY G. CLAUSE            THIRD-PARTY DEFENDANTS

## JUDGMENT

Southern Bank's Motion for Default Judgment (Doc. #56) is GRANTED. Judgment is entered in favor of Third-Party Plaintiff Southern Bank and against Third-Party Defendants B.C. Farms, LLC and Boddy G. Clause, jointly and severally, for the sum of $131,480.68 plus post-judgment interest at the rate of 1.22% per annum until paid.

IT IS SO ADJUDGED this 24th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
SPENCER FANE LLP

/s/ Jason C. Smith
Jason C. Smith            AR #2006103
SPENCER FANE LLP
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Telephone: 417.888.1000
Facsimile: 417.881.8035
E-mail: jcsmith@spencerfane.com

*Attorneys for Southern Bank*

1

OM 376092.1